Arrow

and Verified complaint, Demand for jury trial and Exhibits

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-00400(SJF)(ARL)
1/22/19

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   I.C. System, Inc.

was received by me on *(date)*   2/4/19   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nora Dindyal -Process Specialist,Auth.to Accept , who is
designated by law to accept service of process on behalf of *(name of organization)*   I.C. System, Inc.
c/o CT Corporation System
28 Liberty Street,42nd Fl., New York, NY 10005   on *(date)* February 8,2019   xxxor at: 3:45 PM
Desc: Light Brown Female, Black hair, 48 yrs., 5'4, 135 lbs., Glasses
☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: February 11, 2019 _____

_____
*Server's signature*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2022

Charles Kastner - #957455   Process Server
_____
*Printed name and title*

Lynbrook, NY
_____
*Server's address*

Additional information regarding attempted service, etc:

Aronow

and Verified complaint, Demand for jury trial and Exhibits

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-00400(SJF)(ARL)
1/22/19

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    I.C. System, Inc.

was received by me on *(date)*    2/4/19    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nora Dindyal -Process Specialist,Auth.to Accept
, who is
designated by law to accept service of process on behalf of *(name of organization)*    I.C. System, Inc.
c/o CT Corporation System
28 Liberty Street,42nd Fl., New York, NY 10005   on *(date)* February 8,2019   xxxx at: 3:45 PM
    Desc: Light Brown Female, Black hair, 48 yrs., 5'4, 135 lbs., Glasses
☐ I returned the summons unexecuted because

_____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: February 11, 2019

_____
Server's signature

LYNN M. TRANQUELLI
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2022

Charles Kastner - #957455   Process Server
Printed name and title

Lynbrook, NY

Server's address

Additional information regarding attempted service, etc:

Case 2:19-cv-00400-SJF-ARL   Document   Filed 02/22/19   Page 1 of 2 PageID #: 21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

JOSHUA CAYENNE

*Plaintiff*

v.

I C SYSTEM INC

*Defendant*

Civil Action No.  19-cv-00400 (SJF)(ARL)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  I C  SYSTEM. INC.
444 Highway 96 East
St. Paul. Minnesota 55127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Darren Aronow, Esq.
Aronow Law, PC
20 Crossways Park Drive North, Suite 210
Woodbury, NY 11797

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **01/22/2019**

*Doreen Flanagan*

Signature of Clerk or Deputy Clerk